

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716) 204-1700
Fax (716) 204-1702
http://www.GrossPolowy.com/

November 26, 2024

Chambers, Hon. Jil Mazer-Marino
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:         Marie Joseph  AKA Marie S Joseph
Case No.    24-40583-jmm
Loan No.    ********5366

Dear Hon. Jil Mazer-Marino,

      Please allow this letter to serve as a written status report, submitted on behalf of  U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CT (the "Secured Creditor") pursuant to the Eastern District of New York Loss Mitigation Program Procedures.

      The debtor has been offered  a trial payment plan in which they are to make  six monthly payments of $4,492.13 from November 1,2024 to April 1,2025. The debtor has made the 1st payment on the trial plan.

      If there are any questions, please feel free to contact me directly at 716-204-1762

                              Very truly yours,

                              /s/ Ehret Van Horn

                          By:    Ehret Anne Van Horn, Esq.
                                Attorney

cc.       ECF and Email darren@dalawpc.com